UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

ROSTELLO E. HALL,

                Plaintiff,

-against-

MARS MELLISH,

                Defendant.

------------------------------------------------------X

**ORDER**
09 CV 4875 (SJ)(LB)

**BLOOM, United States Magistrate Judge:**

The Court held an initial pretrial conference in this removal action pursuant to Fed. R. Civ. P. 16 on December 14, 2009. Plaintiff's counsel, Paul R. Pops, failed to appear at the conference.[1] Mr. Pops shall show good cause by December 22, 2009 why he failed to appear at the conference. Mr. Pops is also directed to register immediately for the Court's electronic case filing system (ECF). The Court shall hold a conference on February 4, 2010 at 10:00 a.m. in Courtroom 11A. If plaintiff's counsel fails to timely appear on February 4, 2010, the Court shall dismiss the case pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v).[2]

SO ORDERED.

                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: December 17, 2009
        Brooklyn, New York

---

[1] My chambers contacted Mr. Pop's office when the case was removed to this Court and directed counsel to register for ECF, which is mandatory in this district.

[2] If someone other than Mr. Pops appears at the conference, they must have filed a notice of appearance and have knowledge of the case.